```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 15438 OLD TOLL ROAD, CAMPTONVILLE, CALIFORNIA, YUBA COUNTY, APN: 064-210-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>  Defendant. | 2:11-CV-00099-FCD-KJN<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FOR MOTION TO SET ASIDE CLERK'S DEFAULT AGAINST GREGORY S. MCCLELLAN |

  IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for potential claimant Gregory S. McClellan, Stephen A. Munkelt, that:

  1.  The hearing currently set by the Court for August 19, 2011 at 10:00 a.m., with the Court's approval, be continued to September 16, 2011 at 10:00 a.m.

  2.  That the United States file an opposition to the motion with the Court by September 2, 2011.

///

Dated: 8/2/11                                    BENJAMIN B. WAGNER
                                                 United States Attorney


                                            By:  /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

Dated: 8/2/11

                                            By:  /s/ Stephen A. Munkelt
                                                 STEPHEN A. MUNKELT
                                                 Attorney for Potential Claimant
                                                 Gregory S. McClellan


                                                 (Original signatures retained
                                                 by Attorney)


                                            ORDER

    IT IS SO ORDERED.
Dated: August 2, 2011

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE