Stephen A. Munkelt, SBN 80449
MUNKELT LAW OFFICE
206 Providence Mine Road, Suite 218
Nevada City, CA  95959
Tel: (530) 265-8508
Email: stephen@munkeltlaw.com

Attorneys for Gregory McClellan

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>v.<br>Real Property located at 15438 Old Toll Road, Camptonville, CA. Yuba County, APN 064-210-041 Including Appurtenances and Improvements,<br>          Defendant,<br>GREGORY S. McCLELLAN,<br>          Real Party in Interest. | Case No.  2:11-CV-00099-FCD-KJN<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND PERMIT FILING OF CLAIM AND ANSWER** |

     Plaintiff United States of America and Real Party in Interest Gregory McClellan, by and through their attorneys Kevin Khasigian and Stephen A. Munkelt file this stipulation and proposed order to set aside the default entered March 29, 2011, in order to allow the filing of real party's Claim Opposing Forfeiture and Verified Answer to Complaint lodged with the court as exhibits to the Motion to Set Aside Default on June 29, 2011.

     This stipulation is made to allow real party to defend the action on the merits. This stipulation is not evidence and is not an admission of any fact by the plaintiff. Nor does this stipulation apply to any related matters before the court.

     This Stipulation and Order may be signed in counterparts, and electronic signatures shall be as binding as original signatures.

///

1     **WHEREFORE** Plaintiff United States and real party Gregory McClellan hereby stipulate that the default entered by the clerk on March 29, 2011, be set aside, and the clerk may thereafter file the Claim and Answer submitted to the court by real party on June 29, 2011.

DATED: _____      /s/
Kevin Khasigian
Attorney for Plaintiff United States of America

DATED: _____      /s/
Stephen A. Munkelt
Attorney for Real Party in Interest Audrey McClellan

### ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES IT IS ORDERED** that the default entered herein on March 29, 2011, be set aside, and the responsive pleadings submitted to the court on June 29, 2011, on behalf of real party be filed by the Clerk.

DATED: August 31, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE