1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, ) 2:11-CV-00099-GEB-KJN
   |                           )
12 |         Plaintiff,        ) STIPULATION FOR DISMISSAL
   |                           ) WITH PREJUDICE AND ORDER
13 |     v.                    ) [PROPOSED]; CERTIFICATE
   |                           ) OF REASONABLE CAUSE
14 | REAL PROPERTY LOCATED AT 15438 )
   | OLD TOLL ROAD, CAMPTONVILLE, )
15 | CALIFORNIA, YUBA COUNTY,   )
   | APN: 064-210-041, INCLUDING )
16 | ALL APPURTENANCES AND      )
   | IMPROVEMENTS THERETO,      )
17 |                           )
   |         Defendant.        )
18 |_____)

19     It is hereby stipulated by and between the United States
20 and Claimants Gregory S. McClellan and Citizens Bank of Northern
21 California[1], as follows:
22     1.  The pending action shall be dismissed with prejudice
23 pursuant to Rule 41(a)(2) of the Federal Rules of Civil
24 Procedure.

---

[1] Citizens Bank of Northern California filed a claim in this action on February 22, 2011. On September 23, 2011, the California Department of Financial Institutions closed Citizens Bank and appointed the Federal Deposit Insurance Corporation as receiver. The FDIC subsequently entered into a purchase and assumption agreement with Tri Counties Bank, Chico, California, to assume all of the deposits of Citizens Bank.

1   Stipulation of Dismissal With Prejudice

1     2.   The parties are to bear their own costs and attorney
2 fees.
3     3.   There was probable cause for the posting of the
4 defendant property, and for the commencement and prosecution
5 of this forfeiture action, and the Court may enter a Certificate
6 of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 12/16/11            BENJAMIN B. WAGNER
                           United States Attorney

                    By:    /s/ Kevin C. Khasigian
                           KEVIN C. KHASIGIAN
                           Assistant U.S. Attorney


Dated: 12/15/11     By:    /s/ Stephen A. Munkelt
                           STEPHEN A. MUNKELT
                           Attorney for Claimant
                           Gregory S. McClellan


Dated: 12/15/11     By:    /s/ Gregory S. McClellan
                           GREGORY S. MCCLELLAN
                           Claimant


Dated: 12/14/11     By:    /s/ Bruce A. Emard
                           BRUCE A. EMARD
                           Claimant Tri-Counties Bank as
                           Successor to FDIC as Receiver for
                           Citizens Bank of Northern
                           California

IT IS SO ORDERED.
Dated:  December 19, 2011

                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge

2   Stipulation of Dismissal With Prejudice

1
2
3
4                    CERTIFICATE OF REASONABLE CAUSE
5     Based upon the allegations set forth in the Complaint for
6 Forfeiture *In Rem* filed January 10, 2011, and the Stipulation for
7 Dismissal With Prejudice filed herewith, the Court enters this
8 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465,
9 that there was reasonable cause for the posting of the defendant
10 real property, and for the commencement and prosecution of this
11 forfeiture action.
12 Dated:   December 19, 2011
13
14                              _____
                                GARLAND E. BURRELL, JR.
15                              United States District Judge