```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-00099-GEB-KJN |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER [PROPOSED]; CERTIFICATE OF REASONABLE CAUSE |
| v. | |
| REAL PROPERTY LOCATED AT 15438 OLD TOLL ROAD, CAMPTONVILLE, CALIFORNIA, YUBA COUNTY, APN: 064-210-041, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

It is hereby stipulated by and between the United States and Claimants Gregory S. McClellan and Citizens Bank of Northern California[1], as follows:

1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

---

[1] Citizens Bank of Northern California filed a claim in this action on February 22, 2011. On September 23, 2011, the California Department of Financial Institutions closed Citizens Bank and appointed the Federal Deposit Insurance Corporation as receiver. The FDIC subsequently entered into a purchase and assumption agreement with Tri Counties Bank, Chico, California, to assume all of the deposits of Citizens Bank.

1     Stipulation of Dismissal With Prejudice

    2.  The parties are to bear their own costs and attorney fees.

    3.  There was probable cause for the posting of the defendant property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 12/16/11               BENJAMIN B. WAGNER
                              United States Attorney


                         By:  /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant U.S. Attorney


Dated: 12/15/11          By:  /s/ Stephen A. Munkelt
                              STEPHEN A. MUNKELT
                              Attorney for Claimant
                              Gregory S. McClellan


Dated: 12/15/11          By:  /s/ Gregory S. McClellan
                              GREGORY S. MCCLELLAN
                              Claimant


Dated: 12/14/11          By:  /s/ Bruce A. Emard
                              BRUCE A. EMARD
                              Claimant Tri-Counties Bank as
                              Successor to FDIC as Receiver for
                              Citizens Bank of Northern
                              California

IT IS SO ORDERED.

Dated:  December 19, 2011

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed January 10, 2011, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated:   December 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge